FILED
MAY 23 2005
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SANJAY ANDONISSAMY, ) | |
| ) | |
| Plaintiff, ) | No.: **05C 3080** |
| ) | |
| v. ) | |
| ) | JUDGE GOTTSCHALL |
| HEWLETT-PACKARD COMPANY, ) | |
| ) | |
| Defendant. ) | MAGISTRATE JUDGE LEVIN |

### COMPLAINT AT LAW

**NOW COMES** Plaintiff, Sanjay Andonissamy ("Andonissamy" or "Plaintiff") and complains against defendant Hewlett-Packard Company as follows:

### JURISDICTION AND VENUE

1. Jurisdiction is based upon the Family Medical Leave Act of 1993 ("FMLA"). The acts complained of herein took place in the District, thus venue is proper.

2. Plaintiff, Sanjay Andonissamy resides in the City of Chicago, County of Cook, State of Illinois.

3. Defendant, Hewlett-Packard is a corporation doing business and existing under the laws of the State of Illinois.

4. Plaintiff is an employee within the meaning of the FMLA.

5. Defendant is an employer within the meaning of the FMLA.

6. Plaintiff was hired by Hewlett-Packard as a Subject Matter Systems Engineer in April, 2001.

7. Plaintiff's job performance met his employer's legitimate expectations.

8. In March 2003, Plaintiff's brother and nephew died overseas and attempted unsuccessfully to take time off to attend the burials.

9. On April 1, 2003, Kenneth Smith, Plaintiff's immediate supervisor advised Human Resources that Andonissamy was on medication for depression.

10. On May 5, 2003, Hewlett-Packard issued a Performance Warning to Plaintiff.

11. On May 23, 2005, Plaintiff was placed on paid administration leave after he allegedly told a co-worker, "I am going to have a Big Surprise".

12. On June 23, 2005, Plaintiff was terminated for poor performance and insubordination.

13. The change in behavior in from March through May 2003 was enough to notify a reasonable employer that Plaintiff suffered from a serious health condition.

14. That Plaintiff was unable to either work or give verbal or written notice in March, 2003 or thereafter of the need for FMLA leave.

15. Plaintiff's paid administrative leave from May 23, 2003 to June 23, 2003 should be reclassified as FMLA leave with right of re-instatement.

16. Defendant willfully, knowingly and intentionally violated Plaintiff's right to FMLA leave.

**WHEREFORE**, Plaintiff Sanjay Andonissamy respectfully requests that this Court enter judgment in his favor against the Defendant:

1. Order Hewlett-Packard to re-instate Plaintiff with back pay, seniority and lost benefits;

2. Award Plaintiff liquidated damages;

3. Award Plaintiff costs and attorneys fees; and

2

4.	Grant Plaintiff such and all other relief this Court may deem just and proper.

Respectfully submitted,

**SANJAY ANDONISSAMY**

By: _Denise M. Mercherson_
One of His Attorneys

Denise M. Mercherson
25 E. Washington Street, Suite 1320
Chicago, Illinois 60602
(312) 922-1446