IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SANJAY ANDONISSAMY, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 05 C 3080 |
| | ) | |
| v. | ) | Judge William J. Hibbler |
| | ) | Magistrate Judge Ian H. Levin |
| HEWLETT-PACKARD COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## HEWLETT-PACKARD'S MOTION TO ENTER JUDGMENT

Defendant, Hewlett-Packard Company ("Hewlett-Packard"), by its attorneys, respectfully moves that the Court enter judgment in its favor and against Plaintiff, Sanjay Andonissamy ("Plaintiff"). In support of this Motion, Hewlett-Packard states as follows:

1. On **December 6, 2006**, Hewlett-Packard filed a motion for summary judgment in this case.

2. On December 11, 2006, this Court entered an order setting a briefing schedule giving Plaintiff until **January 10, 2007** to file his response to Hewlett-Packard's motion for summary judgment. A copy of the December 11, 2006 order is attached as Exhibit A.

3. Plaintiff did not file a response to Hewlett-Packard's motion for summary judgment by January 10, 2007.

4. To date, Plaintiff has not filed a response to Hewlett-Packard's motion for summary judgment.

5. The failure of a party to respond to a motion for summary judgment and its accompanying statement of material facts constitutes an admission of those facts. LR 56.1(b)(3); *Laborers' Pension Fund v. Loucon Construction, Inc.*, No. 98 C 6227, 2004 WL 2538298, at *3

(N.D. Ill. Sep. 28, 2004); *see also Smith v. Lamz*, 321 F.3d 680, 683 (7th Cir. 2003) ("We have consistently held that a failure to respond by the nonmovant as mandated by the local rules results in an admission.").

6. Because Plaintiff has not responded to Hewlett-Packard's motion for summary judgment, the facts in its statement of material facts are now deemed admitted. Furthermore, Hewlett-Packard has shown in its motion for summary judgment and in its statement of material facts that no genuine issue of material fact exists and it is entitled to judgment as a matter of law. Indeed, by failing to respond to any of the arguments contained in Hewlett-Packard's motion, Plaintiff has conceded such arguments and waived any objection. Accordingly, summary judgment should be entered in Hewlett-Packard's favor.

WHEREFORE, for the foregoing reasons Defendant, Hewlett-Packard Company, respectfully requests that this Court enter summary judgment in its favor and against Plaintiff, Sanjay Andonissamy, and for such other relief as the Court deems proper.

| | |
|---|---|
| March 7, 2007 | Respectfully submitted, |
| | HEWLETT-PACKARD COMPANY, |
| | By: /s/ Joel C. Griswold |
| | One of Its Attorneys |

Michael J. Hayes, Sr.
John T. Roache
Joel C. Griswold
Bell, Boyd & Lloyd LLC
Three First National Plaza
70 West Madison Street, Suite 3000
Chicago, Illinois 60606
(312) 372-1121

# CERTIFICATE OF SERVICE

I, Joel C. Griswold, an attorney in the law firm of Bell, Boyd & Lloyd LLC, certify that I have this 7th day of March 2007, caused to be sent a copy of **Hewlett-Packard Company's Motion to Enter Judgment,** via the electronic filing system for the United States District Court for the Northern District of Illinois, to the following:

Denise M. Mercherson, Esq.
Law Office of Denise M. Mercherson
25 E. Washington Street, Suite 1320
Chicago, Illinois 60602

/s/ Joel C. Griswold